*Coughlin* for petitioner. *Acting Solicitor General Bell, Assistant Attorney General McMahon,* and *Mr. William W. Barron* for the United States.

No. 686. CUDAHY PACKING CO. *v.* McBRIDE. February 7, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. J. A. C. Kennedy* and *Ralph E. Svoboda* for petitioner. *Messrs. Wymer Dressler* and *Robert D. Neely* for respondent.

No. 745. NEW YORK EX REL. GEISELMAN *v.* HUNT, WARDEN. February 14, 1938. Petition for writ of certiorari to the Wyoming County Court, of New York, and motion for leave to proceed further *in forma pauperis,* denied. *Samuel L. Geiselman, pro se.* No appearance for respondent.

No. 672. LEVEY *v.* UNITED STATES. February 14, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. John F. Garvin* for petitioner. *Acting Solicitor General Bell, Assistant Attorney General McMahon,* and *Mr. William W. Barron* for the United States.

No. 674. SCHRIBER-SCHROTH CO. *v.* CLEVELAND TRUST CO. ET AL.;
No. 675. ABERDEEN MOTOR SUPPLY CO. *v.* SAME; and
No. 676. F. E. ROWE SALES CO. *v.* SAME. February 14, 1938. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs.*